COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of ESTELLE ROBINSON, Respondent, v. GEORGE MAGNEZID, Appellant.— Order of filiation and order denying defendant's motion for a new trial upon the ground

of newly-discovered evidence affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.; Dore, J., dissents.